# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156628(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NAJEE SHARIF WILKINS,
      Defendant-Appellant.

_____/

SC: 156628
COA: 332430
Kent CC: 15-009355-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on January 2, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2018



Clerk